IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BROOKS,** :<br>:<br>Petitioner, :<br>v. :<br>:<br>**KEVIN J RANSOM, et al.,** :<br>:<br>Respondents. : | CIVIL ACTION<br><br>NO. 19-1243 |

## ORDER

**AND NOW**, this __29th__ day of January, 2021, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Answer to Petition for Writ of Habeas Corpus (ECF No. 15), Petitioner's Reply Pursuant to Rule 5 (ECF No. 19), and the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 20), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation (ECF No. 20) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**